FILED
CLERK, U.S. DISTRICT COURT
MAR 3 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Valentino Sedeno <br><br> Defendant. | Case No.: 16-00436M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern District of California , for alleged violation(s) of the terms and conditions of his/~~her [probation]~~ supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  defendant's lack of bail resources, defendant's ties to a foreign country (Mexico), and background of illegal drug use in his past, as well as the nature of the violation alleged.

|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | _____                                             |
| 2  | _____                                             |
| 3  | and/or                                                                               |

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 3/3/2016

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE